THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS J. BOHAN, Appellant.

Argued November 23, 1938; decided January 3, 1939.

*James D. C. Murray* for appellant.

*Thomas E. Dewey, District Attorney (Felix C. Benvenga, Jacob J. Rosenblum* and *Ezekiel G. Stoddard* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.